**FILED**
CLERK, U.S. DISTRICT COURT

7/23/2024

**CENTRAL DISTRICT OF CALIFORNIA**
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MOISES CARRILLO-MARQUEZ,<br>　aka "Moises Carillo-Marquez,"<br><br>　　　　Defendant. | CR No. 2:24-CR-00449-MCS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(C): Distribution of Methamphetamine; 21 U.S.C. § 853: Criminal Forfeiture] |

　　The Grand Jury charges:

　　　　　　　[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

　　On or about April 12, 2022, in Los Angeles County, within the Central District of California, defendant MOISES CARRILLO-MARQUEZ, also known as "Moises Carillo-Marquez," knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished

//

//

1  in value; or (e) has been commingled with other property that cannot
2  be divided without difficulty.
3                                             A TRUE BILL
4
5                                             _____
6                                             Foreperson
7  E. MARTIN ESTRADA
   United States Attorney
8
   MACK E. JENKINS
9  Assistant United States Attorney
   Chief, Criminal Division
10
11 [signature]
12
   SCOTT M. GARRINGER
13 Assistant United States Attorney
   Deputy Chief, Criminal Division
14
   IAN YANNIELLO
15 Assistant United States Attorney
   Chief, General Crimes Section
16
   JUAN M. RODRIGUEZ
17 Assistant United States Attorney
   Environmental Crimes and Consumer
18 Protection Section